NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1235, -1236, -1237

LENCCO RACING CO., INC.,

Plaintiff-Appellant,

v.

JAMES JOLLIFFE,

Defendant,

and

MICRO BELMONT ENGINEERING,

Defendant-Appellee,

and

ARCTCO, INC. (now known as Arctic Cat, Inc.),

Defendant-Appellee,

and

BLACK MAGIC MOTOR SPORTS, INC.,

Defendant-Appellee.

Carl A. Hjort, III, The Bilicki Law Firm, P.C., of Jamestown, New York, argued for plaintiff-appellant.  With him on the brief was Byron A. Bilicki.

Terence J. Linn, Van Dyke, Gardner, Linn & Burkhart, LLP, of Grand Rapids, Michigan, argued for defendants-appellees Micro Belmont Engineering and Black Magic Motor Sports, Inc.  With him on the brief were Karl T. Ondersma, and Stephen B. Salai, Harter Secrest & Emery LLP, of Rochester, New York, for defendant-appellee Black Magic Motor Sports, Inc.

Lawrence D. Graham, Black Lowe & Graham, PLLC, of Seattle, Washington, argued for defendant-appellee Artco, Inc.  With him on the brief was Douglas A. Grady.

Appealed from:  United States District Court for the Western District of Michigan

Judge Robert Holmes Bell

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1235, -1236, -1237

LENCCO RACING CO., INC.,

Plaintiff-Appellant,

V.

JAMES JOLLIFFE,

Defendant,

and

MICRO BELMONT ENGINEERING,

Defendant-Appellee,

and

ARCTCO, INC. (now known as Arctic Cat, Inc.),

Defendant-Appellee,

and

BLACK MAGIC MOTOR SPORTS, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court for the Western District of Michigan

In CASE NO(S).     1:97-CV-137, 1:97-CV-138 and 1:97-CV-139.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, SCHALL, and DYK, Circuit Judges).


**AFFIRMED.**  See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED  January 8, 2009          /s/ Jan Horbaly_____
                                        *Jan Horbaly, Clerk*